UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OTUMFOE JAY CARPENTER<br><br>　　　　Defendant. | Case No.  CR05-64L<br><br>ORDER REGARDING MOTION TO ADDRESS DEFENDANT'S CONCERNS |

　　　　This matter comes before the Court on the Motion and Declaration to Address Defendants Concerns (Dkt. # 50, the "Motion") filed on May 16, 2005.  The issues referred to in the Motion and supporting documents will be addressed at defendant's sentencing hearing scheduled for June 10, 2005 at 9:30 a.m.  In the meantime, defendant's current counsel, Mr. Howard Ratner, shall continue to represent defendant in this case.

　　　　DATED this 17th day of May, 2005.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REGARDING MOTION TO
ADDRESS DEFENDANT'S
CONCERNS  1