UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OTUMFOE JAY CARPENTER,<br><br>    Defendant. | CASE NO.  CR05-064-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on March 14, 2011. The United States was represented by AUSA Francis Franze-Nakamura and the defendant by Lee Covell.  The proceedings were digitally recorded.

Defendant had been sentenced on or about June 30, 2005 by the Honorable Robert S. Lasnik on a charge of Distribution and Possession with Intent to Distribute Cocaine, and sentenced to eighty-three months and 26 days custody, six years supervised release. (Dkt. 63.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to mandatory drug testing, participate in a mental health program, abstain from alcohol, participate in a substance abuse program, submit to search,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

provide his probation officer with access to financial information upon request, be prohibited from incurring new credit obligations or opening new lines of credit, maintain a single checking account for all financial transactions, participate in a home confinement program with electronic monitoring, provide information about any business interests, be prohibited from possessing any false identification documents, and notify his probation officer of any material change in circumstances that might affect his ability to pay restitution.

In an application dated January 12, 2011 (Dkt. 79,80), U.S. Probation Officer Jennifer Van Flandern alleged the following violations of the conditions of supervised release:

1. Using alcohol on November 19, 2010, in violation of the special condition prohibiting the use of alcohol.

2. Associating with Ronald Oakley on January 8, 2011, a convicted felon, without the permission of the probation officer, in violation of standard condition 9.

3. Failing to report for substance use testing on January 10, 2011, in violation of the general condition that he submit to drug testing.

4. Failing to notify the probation officer within ten days of a change of residence, on or before January 10, 2011, in violation of standard condition six.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

01    Pending a final determination by the Court, defendant has been detained.

02    DATED this 14th day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

07  cc:   District Judge:          Honorable Robert S. Lasnik
          AUSA:                    Frances Franze-Nakamura
          Defendant's attorney:    Lee Covell
08        Probation officer:       Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3